AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
v. )
GABRIEL MORGAN BROWN )
DOB: ▮ )
)
)
)

*Defendant(s)*

Case: 1:21-mj-00503
Assigned To : Harvey, G. Michael
Assign. Date : 06/25/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1363 and 2 | (Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction) |
| 18 U.S.C. § 1752(a)(1) | (Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of Violence on the U.S. Capitol Grounds) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Cameron Mizell, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  06/25/2021 

*Judge's signature*

City and state:  Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*