AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>GABRIEL MORGAN BROWN<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00503
Assigned To : Harvey, G. Michael
Assign. Date : 06/25/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Gabriel Morgan Brown                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment          ❒ Superseding Indictment          ❒ Information          ❒ Superseding Information          ☑ Complaint
❒ Probation Violation Petition          ❒ Supervised Release Violation Petition          ❒ Violation Notice          ❒ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1363 and  2 (Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction)
18 U.S.C. § 1752(a)(1) (Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2)  (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(F) (Act of Violence on the U.S. Capitol Grounds)

Date:   06/25/2021                                

*Issuing officer's signature*

Digitally signed by G.
Michael Harvey
Date: 2021.06.25 14:12:30
-04'00'

City and state:   Washington, D.C.                     

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  06/25/21 , and the person was arrested on *(date)*  06/30/21<br>at *(city and state)*  Bayville, NY .<br><br>Date:  6/30/21<br><br>*Arresting officer's signature*<br><br>Raymond Esposito / Special Agent<br>*Printed name and title* |