# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CR NO. 21-MJ-503 |
| **GABRIEL BROWN,** | |
| **Defendant.** | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue Status Conference, and upon consideration of the entire record, it is hereby

**ORDERED** that the Unopposed Motion to Continue Status Conference is hereby GRANTED; it is further

**ORDERED** that the status hearing currently scheduled for November 9, 2021, be continued to January 11, 2022, at 1 p.m.; it is further

**ORDERED** that the time between November 9, 2021, and January 11, 2022, shall be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE