## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CR NO. 21-MJ-503** |
| **GABRIEL BROWN,** | |
| **Defendant.** | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, January 11, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, March 8, 2022. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

The parties request that the Court exclude the time until the status conference on March 8, 2022, pursuant to Chief Judge Howell's Standing Order 21-79 dated December 13, 2021, and 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: January 3, 2022                 By:   /s/ Jennifer Leigh Blackwell
                                      Jennifer Leigh Blackwell
                                      Assistant United States Attorney
                                      D.C. Bar No. 481097
                                      United States Attorney's Office
                                      555 Fourth Street, N.W.
                                      Washington, D.C.  20530
                                      Telephone: (202) 803-1590
                                      Email: Jennifer.blackwell3@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 3rd day of January, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/ Jennifer L. Blackwell*

Jennifer Leigh Blackwell
Assistant United States Attorney
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C.  20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CR NO. 21-MJ-503** |
| **GABRIEL BROWN,** | |
| **Defendant.** | |

## <u>ORDER</u>

Based upon the representations in the Consent Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Consent Motion to Continue Status Conference is hereby GRANTED; it is further

**ORDERED** that the status hearing currently scheduled for January 11, 2022, be continued to March 8, 2022, at 1 p.m.; it is further

**ORDERED** that the time between January 11, 2022, and March 8, 2022, shall be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE